UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

SAUL ERNESTO CRUZ RODRIGUEZ

Petitioner.

vs.

STREEVAL, et. al.

Respondents.

CASE NO. 7:26-CV-00076-WLS-CHW

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner and his counsel hereby

give notice that the above-styled action is voluntarily dismissed, without prejudice against all

Respondents.

Respectfully submitted this 14th day of May, 2026

/s/Michael Urbina
Michael Urbina
Counsel for Petitioner
michael@urbina.law

SO ORDERED this _18th_ day
of _May, 2026_.

_W. Louis Sands_
W. Louis Sands, Sr. Judge
United States District Court